**1**

John YOUNG v. STATE.    (No. 11284.)
Court of Criminal Appeals of Texas.    Oct. 12,
1927.    Commissioners' Decision.    Appeal from
District Court, Grimes County; Carl T. Harp-
er, Judge.    Sam D. Stinson, State's Atty., of
Austin, for the State.

MARTIN, J.    Appellant was indicted and con-
victed of the offense of assault to murder.
There being neither statement of facts nor bills
of exception, and being no error apparent of
record, the judgment is affirmed.

PER CURIAM.    The foregoing opinion of the
Commission of Appeals has been examined by
the judges of the Court of Criminal Appeals
and approved by the court.

**2**

A. S. McNEILL v. J. CARPENTER.    (No.
1559.) Court of Civil Appeals of Texas.    Beau-
mont.    Oct. 13, 1927.    Appeal from District
Court, Orange County; V. H. Stark, Judge.
Adams & Bruce, of Orange, for appellant.
Dies, Stephenson & Dies, of Orange, for ap-
pellee.

WALKER, J.    This was a suit in trespass to
try title, instituted by appellant against appel-
lee, in which the trial court, upon conclusions of
fact and law duly filed by him, rendered judg-
ment in favor of appellee for the land in con-
troversy.    Appellant duly perfected his appeal
from that judgment, but has filed no brief in
this court.    An examination of the record not
disclosing fundamental error, it is our order
that the judgment of the trial court be and
the same is hereby in all things affirmed.

**3**

Hattie MILLER v. Addison MILLER.    (No.
1590.)    Court of Civil Appeals of Texas.
Beaumont.    Sept. 30, 1927.    Rehearing Denied
Oct. 19, 1927.    Appeal from District Court, Jef-
ferson County; Geo. C. O'Brien, Judge.    David
E. O'Fiel, of Beaumont, for appellant.    F. G.
Vaughn, of Beaumont, for appellee.

O'QUINN, J.    Suit by appellant for divorce
and adjudication of property rights.    Judgment
was had, granting the divorce and adjusting the
property rights of the parties.    From this judg-
ment appellant brought this appeal.    Neither
party has filed briefs in the case.    An inspec-
tion of the record fails to disclose any funda-
mental error, and therefore the judgment should
be affirmed; and it is so ordered.    Affirmed.